UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA : JOSEPH A. DICKSON, U.S. MAGISTRATE JUDGE

v : MAGISTRATE NO.: __12-6655__

Danny Saig : DATE OF PROCEEDINGS: __7/2/12__

: DATE OF ARREST: __7/2/12__

PROCEEDINGS: __Rule 5__

FILED JUL 02 2012 JOSEPH A. DICKSON, USMJ

( ) COMPLAINT TO BE FILED
( ) INFORMATION  ___ FELONY  ___ MISDEMEANOR
(X) ADVISED OF RIGHTS, CHARGES, AND PENALTIES
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL: ___ AFPD  ___ CJA
(X) WAIVER OF HRG.:  ___ PRELIM (X) REMOVAL
( ) WAIVER OF INDICTMENT
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED:  ___ GUILTY  ___ NOT GUILTY
( ) PLEA AGREEMENT TO BE FILED
( ) RULE 11 FORM TO BE FILED
( ) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
(X) BAIL SET: __50,000__
    (X) UNSECURED BOND
    ( ) SURETY BOND SECURED BY CASH / PROPERTY
(X) TRAVEL RESTRICTED __NJ, CA__
(X) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
(X) SURRENDER &/OR OBTAIN NO PASSPORT
(X) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.      DATE: _____
( ) DETENTION / BAIL HRG.            DATE: _____
( ) TRIAL:  ___ BENCH  ___ JURY      DATE: _____
( ) SENTENCING                       DATE: _____
( ) OTHER: _____             DATE: _____

APPEARANCES:

AUSA __Mary Toscano__

DEFT. COUNSEL __Tony Mirvis, Esq. - retained__

PROBATION _____

INTERPRETER _____
        Language: (          )

Time Commenced: __2:35__
Time Terminated: __2:45__
CD No: _____ ECR _____

__Nadine Mauro__
DEPUTY CLERK