

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
Martin Luther King, Jr.
Federal Building and U.S. Courthouse
50 Walnut Street
P.O. Box 419
Newark, New Jersey 07101-0419

William T. Walsh, CLERK

July 2, 2012

RE:   United States of America v. Danny Saig
      Our Docket No. 12-6655
      Your Docket No. ??

Dear Clerk:

Please be advised that an initial appearance was held in the above-captioned case pursuant to Rule 5 of the Federal Rules of Criminal Procedure. You can obtain the original record by accessing CM/ECF through PACER. If applicable, a certified copy of the Appearance Bond is enclosed. Kindly acknowledge receipt of this letter by faxing a copy back to me at 973-645-4549.

Sincerely,

WILLIAM T. WALSH, Clerk

By: Nadine Mauro
Deputy Clerk

RECEIPT ACKNOWLEDGED BY: _____
DATE: _____

DNJ-Crim-004(Rev. 09/06)