UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | <u>ORDER</u> |
| - v. - | : | 2012-MJ-6655 (JAD) |
| DANNY SIAG, | : | 12-1604 M |
| Defendant. | : | |

---------------------------------------------------------------X

### ORDER MODIFYING TRAVEL RESTRICTION
### CONDITION OF PRE-TRIAL RELEASE

This case is before the Court upon the Letter Application of Defendant for Modification of the Travel Restriction Condition of Pre-Trial Release. After a review of the Letter Application and the Proposed Stipulation, it is

**ORDERED:**

1.  Defendant's travel restriction condition of Pre-trial release is modified to allow defendant to travel to Israel for his father's funeral, subject to the following terms and conditions:

    a. Defendant will return to the Central District of California within 10 days of his departure for Israel.

    b. Prior to defendant's departure for Israel, defendant will provide to the government a copy of his travel itinerary, as well as the contact information (including name, address, and telephone number) for the family member with whom he will be staying while in Israel.

    c. While in Israel, defendant will contact via telephone at least one time each day an Israeli law enforcement agent as instructed by the government. The government will provide defendant with the contact information for the law enforcement agent in advance of defendant's departure for Israel.

    d.    Defendant's wife and children will remain in the Central District of California during the entirety of his trip to Israel. ※

2.    Pre-Trial Services is to release defendant's passport to defendant and defendant must return the Passport to Pre-Trial Services within 24 hours of his return to the Central District of California.

**DATED** this 5th day of April, 2013, in Newark, New Jersey

*Judicial Officer's Signature*

Steven C. Mannion
~~Joseph A. Dickson~~, U.S. Magistrate Judge
*Printed Name and Title*

※ Defendant's wife and children will, as a precondition for defendant's travel, surrender their respective passports, if any, to Pre-trial Services, until defendant has returned to the Central District of California and satisfied all conditions set forth above.